IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LATONJA SELDON,<br>A.D.D. (Minor) | : | |
| | : | |
| Plaintiff, | | Case No. 3:13cv00245 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | : | |
| | : | |
| Defendant. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 21, 2014 (Doc. #9) is ADOPTED in full;

2. Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and,

2

3. The case is terminated on the docket of this Court.

February 10, 2014                              *s/Thomas M. Rose

                                               _____
                                               Thomas M. Rose
                                               United States District Judge